UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| JEROME WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 3:17-CV-236 JD |
| BESSIE LEONARD, MS. WILLIAMS, MR. CANCHOLA, and VICKI LONG, | ) | |
| Defendants. | ) | |

OPINION AND ORDER

Jerome Williams, a pro se prisoner, filed a complaint which did not state a claim. Pursuant to *Luevano v. Wal-Mart*, 722 F.3d 1014 (7th Cir. 2013), he was granted until April 20, 2017, to file an amended complaint. He was cautioned that if he did not respond by that deadline, this case would be dismissed without further notice. That deadline has passed and he has not responded.

For these reasons, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915A for failure to state a claim.

SO ORDERED.

ENTERED: May 3, 2017

/s/ JON E. DEGUILIO
Judge
United States District Judge